**VAN–078** Notice of Requirement To Attend Ch. 13 Debtor Education Class – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Clifton Jonathan Guyton
 *( debtor has no known aliases )*
2006 West Broad Street
Elizabethtown, NC 28337–8824

CASE NO.: 10–01220–8–JRL

DATE FILED: February 17, 2010

CHAPTER: 13

Sondra Hammond Guyton
 *( debtor has no known aliases )*
2006 West Broad Street
Elizabethtown, NC 28337

## NOTICE OF REQUIREMENT TO ATTEND
## CHAPTER 13 DEBTOR EDUCATION CLASS

YOU ARE HEREBY INSTRUCTED to attend the Chapter 13 Debtor Education Class (held prior to your 11 U.S.C. § 341 Meeting of Creditors) as follows:

DATE:   Wednesday, March 17, 2010
TIME:   9:00 a.m.
PLACE:  USBA Creditors Meeting Room, Alton Lennon Federal Bldg., Room 125, 2 Princess Street, Wilmington, NC 28401

This Chapter 13 Debtor Education Class is **mandatory** for **all** Chapter 13 debtors and a failure to attend may have an adverse effect on the administration of your case. Your Meeting of Creditors may not be held until you have attended this class.

DATED: February 18, 2010

Stephanie J. Edmondson
Clerk of Court