PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-12032

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NORTH CAROLINA (WILSON)

| | |
|---|---|
| In re | Bk. No. 10-01220-8-JRL |
| Clifton Jonathan Guyton and Sondra Hammond Guyton | Chapter 13 |
| Debtors. | REQUEST FOR SPECIAL NOTICE |

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: March 31, 2010          By /s/ Dean R. Prober
                               DEAN R. PROBER, ESQ., CA BAR # 106207
                               As Agent for BAC Home Loans Servicing, LP

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Janice Warren, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 2 2010, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Clifton Jonathan Guyton
Sondra Hammond Guyton
2006 W. Broad St.
Elizabethtown, NC 28337-8824
Debtors

Grant Winfield Patten, Esquire
P.O. Box 42504
Fayetteville, NC 28309
Attorney for Debtors

Robert R. Browning
P.O. Box 8248
Greenville, NC 27835
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 2 2010, at Woodland Hills, California.

　　　　　　　　　　　　　　　　　　　　/s/ Janice Warren